1014

and JUSTICE WHITE would grant certiorari.

No. 85–609.  WANSONG v. WANSONG.  Sup. Jud. Ct. Mass. Certiorari denied.  JUSTICE BRENNAN would grant certiorari.

No. 85–5606.  DAVIS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 84–1534.  LUTJEHARMS, COMMISSIONER OF EDUCATION OF NEBRASKA, ET AL. v. ROSE, AS NEXT FRIEND OF ROSE, *ante*, p. 817;
No. 84–1559.  UNITED VAN LINES, INC. v. HUNTER ET AL., *ante*, p. 863;
No. 84–1666.  CUMMINGS v. UNITED STATES ET AL., *ante*, p. 817;
No. 84–1759.  T. G. & Y. STORES, INC. v. LUSBY ET AL., *ante*, p. 818;
No. 84–1845.  SORENSEN v. FITZGERALD, TRUSTEE, *ante*, p. 918;
No. 84–1847.  LANDES v. DEPARTMENT OF JUSTICE, *ante*, p. 821;
No. 84–1869.  MARCONE v. PENTHOUSE INTERNATIONAL, LTD., *ante*, p. 864;
No. 84–1926.  REID ET AL. v. GHOLSON ET AL., *ante*, p. 824;
No. 84–1940.  DOW v. UNITED VAN LINES ET AL., *ante*, p. 825;
No. 84–1976.  IN RE WALTON, *ante*, p. 814;
No. 84–2036.  EL SHAHAWY v. SARASOTA COUNTY PUBLIC HOSPITAL BOARD, *ante*, p. 829;
No. 84–6768.  ZLOMKE v. FLYING TIGER LINE, INC., ET AL., *ante*, p. 833; and
No. 84–6771.  ROACH v. MARTIN, WARDEN, ET AL., *ante*, p. 865.  Petitions for rehearing denied.